The Honorable Tana Lin

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PACIFIC WATER TECHNOLOGY LLC, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> RYAN R. WEAR et al., <br><br> Defendants. | NO. 2:24-cv-01164-TL <br><br> [~~PROPOSED~~] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PAUL MARTINCHUK |

The Court, having reviewed Motion for Leave to Withdraw as Counsel (***Motion***) filed by Ellis, Li & McKinstry PLLC (***ELM***), all other relating filings, and the relevant law, and considering itself fully advised, hereby GRANTS the Motion in its entirety.

It is hereby ordered that the Motion of ELM to withdraw as attorneys for Plaintiff Paul Martinchuk is granted, and ELM is hereby terminated as counsel in this proceeding.

ENTERED this 30th day of August, 2024.

*/s/ Tana Lin*
UNITED STATES DISTRICT JUDGE
HONORABLE TANA LIN

PRESENTED BY:

ELLIS, LI & McKINSTRY PLLC

By:  *s/Kyle D. Netterfield*
 Kyle D. Netterfield, WSBA No. 27101
 Abigail St. Hilaire, WSBA No. 48194

[PROPOSED] ORDER GRANTING COUNSEL'S MOTION TO WITHDRAW   Page 1
CASE NO. 2:24-CV-01164-TL

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
Telephone: (206) 682-0565
Fax: (206) 625-1052
Email: knetterfield@elmlaw.com
         asthilaire@elmlaw.com

[PROPOSED] ORDER GRANTING      Page 2         Ellis | Li | McKinstry
COUNSEL'S MOTION TO WITHDRAW                  1700 Seventh Avenue, Suite 1810
                                              Seattle, WA 98101-1820
CASE NO. 2:24-CV-01164-TL                     206.682.0565  Fax: 206.625.1052