The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PACIFIC WATER TECHNOLOGY LLC, et al., <br><br>　　　　　　　　　　　Plaintiffs, <br><br>　　v. <br><br>RYAN WEAR. et al, <br><br>　　　　　　　　　　　Defendants. | NO. 2:24-cv-01164-TL <br><br> **ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL FOR WAKANDA VENTURES, LLC** <br><br> [~~PROPOSED~~] |

//

//

//

THIS MATTER having come before this Court on the Motion for Withdrawal of counsel for Wakanda Ventures, LLC (the "Motion"). The Court having considered the Motion, and the relevant law, and being otherwise fully advised in the premises, now, therefore, it is hereby

ORDERED, ADJUDGED, AND DECREED that the Motion for Withdrawal of Counsel for Wakanda Ventures, LLC is GRANTED; and it is hereby

ORDERED, ADJUDGED, AND DECREED that Kristin Nealey Meier and Ryan, Swanson & Cleveland, PLLC, are hereby granted leave to withdraw as counsel for Consolidated

ORDER GRANTING MOTION FOR WITHDRAWAL OF
COUNSEL FOR WAKANDA VENTURES, LLC - 1
Case No. 2:24-cv-01164-TL

Ryan, Swanson & Cleveland, PLLC
401 Union Street, Suite 1500
Seattle, WA 98101-2668
206.464.4224

4881-7972-8862.1

Plaintiff, Wakanda Ventures, LLC, and are terminated as counsel in this proceeding upon entry of this order.

DATED this 30th day of August, 2024.

_____
JUDGE TANA LIN

Presented By:

*/s/ Kristin Nealey Meier*
Kristin Nealey Meier, WSBA #33562
RYAN, SWANSON & CLEVELAND, PLLC
401 Union Street, Suite 1500
Seattle, Washington  98101-2668
Telephone: (206) 464-4224
kmeier@ryanlaw.com
*Withdrawing Attorneys for Wakanda Ventures, LLC*

ORDER GRANTING MOTION FOR WITHDRAWAL OF
COUNSEL FOR WAKANDA VENTURES, LLC - 2
Case No. 2:24-cv-01164-TL



Ryan, Swanson & Cleveland, PLLC
401 Union Street, Suite 1500
Seattle, WA 98101-2668
206.464.4224

4881-7972-8862.1