1

The Honorable Tana Lin

UNITED STATES DISTRICT COURT WESTERN DISTRICT
OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PACIFIC WATER TECHNOLOGY, LLC, SPRUCE WATERS INVESTMENTS, LLC, INDIANA WATER TECHNOLOGY, LLC, A&R WATER SUPPLY, LLC, BLC WATER COMPANY, LLC, GRANITE STREET VENTURES, LLC, RUMSON WELLNESS, LLC, BROWN FAMILY ENTERPRISES, LLC, KMANDY INVESTMENTS, L.L.C., EVER UPWARD, INC., SUN A WY, LLC, SIRIPI WST, LLC, LIVINGWATER STATION, LLC, GRAYFIN VENTURES, LLC, PRASITI WATER INVESTMENTS, LLC, JBF CONSULTING SERVICES, LLC, COCO AQUA, LLC, Q & V LLC, WATERSTATION TECHNOLOGY OF ROCKVILLE, ARRAVEND, LLC, FLATLANDS EQUIPMENT, LLC, C&C INVESTMENT HOLDINGS, LLC, GREAT OAK WATER, LIMITED LIABILITY COMPANY, WV WATER TECH, LLC, KDAWG CRYPTO, LLC, CULMINATE WATER TECHNOLOGY, LLC, CHUGIT, LLC, CHAURISHI RETAIL ENTERPRISES, LLC, PROGRESSIVE PARTNERS, LLC, 210 SA HOLDING, LLC, WST UTAH LLC, V2S2, LLC, CYBORG HOLDINGS, LLC, ASH VENDING, LLC, ADVENTURE DONE RIGHT, LLC, BIG BOY TOOLS LLC, ROMAN JAROSIEWICZ, ABBY WYATT GROUP, INC., AIDEN WATERWORKS, | No. 2:24-cv-01164-TL<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS |

ORDER OF WITHDRAWAL
Wear – 1

**PATRICK L. VAIL, PLLC**
1000 SECOND AVENUE, SUITE 1770
SEATTLE, WASHINGTON 98104
(206) 624-5824    FAX (206) 694-4601
PVAIL@PVAILLAW.COM

| | |
|---|---|
| 1 | LLC, HOREB WATER SOLUTIONS, LLC, SILVER OAK H2O, LLC, NS SQ ECO |
| 2 | WATERS, LLC, JK SEVEN LLC, JEFFREY BROOKE, OED PROPERTIES LLC, JLE |
| 3 | ENTERPRISES, LLC, BE OF SERVICE, LLC, ETANIA, LLC, NIRA ENTERPRISES, LLC, |
| 4 | FACTS PROPERTY SERVICES, LLC, IMLSUNSHINE, LLC, REDWATERS, LLC, |
| 5 | STARTER HOLDINGS, LLC, HELMUT GIEWAT, MAY AUERBACH, ROYAL |
| 6 | RESERVOIRS, LLC, AQUALUX WATER LLC, RCWSTECH1157, LLC, |
| 7 | COLEWSTECH, LLC, MAJI 8377, LLC, OAKS WATERSTATION TECH, LLC, SDB |
| 8 | H20, LLC, WST, LLC, HALF FULL VENDING, LLC, RDWSTECH3594, LLC, |
| 9 | ROSE TRAIL VENTURES, LLC, AND ROSE TRAIL VENTURES 2, LLC, PRAVIN |
| 10 | THAKKAR JR, KWANSOO LEE, DDS, TOM ANDERSON, ABBEY ANDERSON, BRIAN |
| 11 | CHU, DDS, LARINA CHU, DAVID SCHROEDER, SARAH SCHROEDER, |
| 12 | REGINALD FRANKLIN, ANGEL FRANKLIN, DYLAN ROSS, TAYLOR |
| 13 | ROSS, CODY BISHOP, DAVID BROWN, KARTHIKA MANDYAM, DAVID |
| 14 | BERANEK, SUSAN PINKERTON, RADHIKA SIRIPIREDDY, KARL |
| 15 | SCHOENLEBER, JAMES SARTAIN, NIRUPA KESKAR, JOHN FLACK, TRUNG |
| 16 | NGUYEN, LI LIANG, TAN QUAN NGUYEN, ASHOKA SHEANH, MATHEW |
| 17 | FELLOWS, CHARLES COGGINS, THOMAS WAWERSICH, JASON BLOUGH, MICHELE |
| 18 | BLOUGH, KAREN LAVIN, PADMA KANDIKONDA, PAVAN KANDIKONDA, |
| 19 | JAMES VILT II, BASANT KUMAR, RADHIKA KAMALLA, MARC |
| 20 | HILDEBRAND, DEBRA HILDEBRAND, MERRILL STODDARD, DANIELLE |
| 21 | STODDARD, VENKITA SHARMA, TIMOTHY DAILEY, ROBERT HOERY, |
| 22 | STEFANI HOERY, SEAN DONE, ANNA DONE, STERLING DAVIS, MARK |
| 23 | FLEMING, STACEY FLEMING, BO YANG, STEVEN WELLS, DUSTIN BRAEGER, |
| 24 | NAVANEETH KUMAR, WILLIAM WHITE, JEANNETTE WHITE, JEFFREY BROOKE, |
| 25 | JOSHUA OED, JAMES ESTES, ADRIA |

ORDER OF WITHDRAWAL
Wear – 2

**PATRICK L. VAIL, PLLC**
1000 SECOND AVENUE, SUITE 1770
SEATTLE, WASHINGTON 98104
(206) 624-5824   FAX (206) 694-4601
PVAIL@PVAILLAW.COM

| | |
|---|---|
| 1 | ESTES, MICHAEL BAILEY, KARTHIGA JAYARAM, KARTHIKEYAN RAMPRASATH, ARCHAN TLKOTI, AASHISH PAREKH, JACOB LETOURNEAU, KARLA LETOURNEAU, KONDA REDDY GADI, SREELAKSHMI SIRIPURAM, JOSHUA LEYKAM, PAIGE LEYKAM, HELMUT GIEWAT, DEREN FLESHER, DDS, GARY YOUNG, HEIDI YOUNG, RONALD COLE, DDS, JAMES WALKER, DDS, DUANE OKAMOTO, LINDA OKAMOTO, SCOTT BURAU, DDS, BRAD BURAU, DDS, JOSH MCNARY, ROBERT DOST, DDS, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | Plaintiffs, |
| 9 | v. |
| 10 | |
| 11 | RYAN R. WEAR and REBECCA A. SWAIN, CREATIVE TECHNOLOGIES, LLC d/b/a WATERSTATION TECHNOLOGY, WST FRANCHISE SYSTEMS LLC, WATER STATION MANAGEMENT, LLC, KEVIN NOONEY and ELIZABETH NOONEY, and the marital community comprised thereof, REFRESHING USA, LLC, SUMMIT MANAGEMENT SERVICES, LLC, IDEAL PROPERTY INVESTMENTS, LLC, REFRESHING CALIFORNIA L.L.C., REFRESHING MONTANA, LLC, REFRESHING MID-ATLANTIC, LLC, REFRESHING CAROLINES, LLC, REFRESHING GREAT LAKES, LLC, WATERSTATION FINANCE COMPANY, LLC, REFRESHING GEORGIA, LLC, CREATIVE TECHNOLOGIES FLORIDA, LLC, REFRESHING FLORIDA, LLC, 2129 ANDREA LANE LLC, 3209 VAN BUREN LLC, ICE & WATER VENDORS, LLC, IDEAL INDUSTRIAL PARK, LLC, IDEAL AZ PROPERTY INVESTMENTS, LLC, K-2 ACQUISITION, LLC, EMERY DEVELOPMENT, LLC, ARIZONA WATER VENDORS INCORPORATED, WST AZ PROPERTIES LLC, 1118 VIRGINIA AVENUE LLC, 11519 SOUTH PETROPARK LLC, TCR PLUMBING, LLC, 3422 W CLARENDON AVE LLC, 1206 HEWITT |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

ORDER OF WITHDRAWAL
Wear – 3

**PATRICK L. VAIL, PLLC**
1000 SECOND AVENUE, SUITE 1770
SEATTLE, WASHINGTON  98104
(206) 624-5824    FAX (206) 694-4601
PVAIL@PVAILLAW.COM

| | |
|---|---|
| 1 | AVE LLC, WATERSTATION TECHNOLOGY II, LLC, PISTOL, INC., |
| 2 | SMOKEY POINT HOLDINGS, LLC, 602 SOUTH MEAN, LLC, 719 EDEN, LLC, 343 |
| 3 | GROUP LLC, 4300 FOREST LLC, 70 NO GARDEN, LLC, 204 NWW LLC, |
| 4 | WATERSTATION TECHVENTURE, LLC, WATER STATION HOLDINGS LLC, |
| 5 | WATERSTATION TECHNOLOGY, LLC, REFRESHING COLORADO LLC, |
| 6 | ARIZONA VENDORS INC., GOLDEN STATE VENDING, LLC, REFRESHING |
| 7 | FLORIDA LLC, REFRESHING MIDWEST, LLC, REFRESHING MIDWEST REAL |
| 8 | ESTATE, LLC, REFRESHING NEW MEXICO, LLC, REFRESHING NEW |
| 9 | ENGLAND LLC, REFRESHING TEXAS LLC, REFRESHING OKLAHOMA LLC, |
| 10 | REFRESHING WASHINGTON, LLC, SMART SODA HOLDINGS, INC., |
| 11 | VENDPRO, LLC d/b/a ELITEVEND, HARRISON STREET, LLC, 602 SOUTH |
| 12 | MEADOW LLC, 8825 LLC, UNIBANK, U & I FINANCIAL CORP., SIMON BAI, |
| 13 | STEPHANIE YOON, D. BENJAMIN LEE, PETER PARK, FIRST FED BANK, FIRST |
| 14 | NORTHWEST BANKCORP, NORMAN TONINA, CRAIG CURTIS, JENNIFER |
| 15 | ZACCARDO, CINDY FINNIE, DANA BEHAR, MATTEW DEINES, SHERILYN |
| 16 | ANDERSON, GABRIEL GALANDA, LYNN TERWOERDS, LARRY HOUK, |
| 17 | NORTHWEST FINANCIAL SERVICES, LLC, RICHARD WEAR, |
| 18 | Defendants. |

The Court, having reviewed the Motion for Leave to Withdraw as Counsel for Defendants filed by Patrick L. Vail, all other relating filings, and the relevant law, and considering itself fully advised, hereby GRANTS the Motion in its entirety.

It is hereby ordered that the Motion of Patrick L. Vail to withdraw as attorney for Defendants in this matter, including Defendants RYAN R. WEAR and REBECCA A. SWAIN,

ORDER OF WITHDRAWAL
Wear – 4

**PATRICK L. VAIL, PLLC**
1000 SECOND AVENUE, SUITE 1770
SEATTLE, WASHINGTON 98104
(206) 624-5824   FAX (206) 694-4601
PVAIL@PVAILLAW.COM

RICHARD WEAR, CREATIVE TECHNOLOGIES, LLC d/b/a WATERSTATION TECHNOLOGY; WST FRANCHISE SYSTEMS, LLC; WATER STATION MANAGEMENT, LLC; REFRESHING USA LLC; SUMMIT MANAGEMENT SERVICES, LLC; IDEAL PROPERTY INVESTMENTS, LLC; REFRESHING CALIFORNIA L.L.C.; REFRESHING MONTANA, LLC; REFRESHING MID-ATLANTIC, LLC; REFRESHING CAROLINAS, LLC; REFRESHING GREAT LAKES, LLC; WATERSTATION FINANCE COMPANY, LLC; REFRESHING GEORGIA, LLC; CREATIVE TECHNOLOGIES FLORIDA, LLC; REFRESHING FLORIDA, LLC; 2129 ANDREA LANE, LLC; 3209 VAN BUREN LLC; ICE & WATER VENDORS, LLC; IDEAL INDUSTRIAL PARK, LLC; IDEAL AZ PROPERTY INVESTMENTS; LLC, K-2 ACQUISITION LLC; EMERY DEVELOPMENT; LLC, ARIZONA WATER VENDORS INCORPORATED; WST AZ PROPERTIES LLC; 1118 VIRGINIA STREET, LLC; 11519 SOUTH PETROPARK, LLC; TCR PLUMBING, LLC; 3422 W CLARENDON AVE LLC; 1206 HEWITT AVE, LLC; WATERSTATION TECHNOLOGY II; LLC, PISTOL, INC.; SMOKEY POINT HOLDINGS, LLC; and 602 SOUTH MEADOW LLC (collectively, the "Wear Defendants")is GRANTED, and Patrick L. Vail is hereby terminated as counsel in the proceeding.

ENTERED this 15th day of October, 2024.

_____
UNITED STATES DISTRICT JUDGE
HONORABLE TANA LIN

PRESENTED BY:

By /s/ _____
Patrick L. Vail, WSBA #34513
PATRICK L. VAIL, PLLC

ORDER OF WITHDRAWAL
Wear – 5

**PATRICK L. VAIL, PLLC**
1000 SECOND AVENUE, SUITE 1770
SEATTLE, WASHINGTON 98104
(206) 624-5824   FAX (206) 694-4601
PVAIL@PVAILLAW.COM

The last addresses and telephone numbers of Defendants are as follows:

Ryan Wear
Rebecca Swain
14717 27th Ave. NW
Marysville, WA  98271
(425) 244-0350

Eric Camm
Receiver: Creative Technologies, LLC, dba Waterstation Technology; Water Station Management, LLC; Ideal Property Investments, LLC; and Refreshing USA LLC
Turning Point Strategic Advisors
c/o Amit Ranade
One Union Square
600 University Street
Suite 310
Seattle, WA 98101

Creative Technologies LLC, dba Water Station Technology
2732 Grand Ave., Suite 122
Everett, WA 98201-3416
(425) 244-0350

WST Franchise System LLC
2732 Grand Ave., Suite 122
Everett, WA 98201-3416
(425) 244-0350

Water Station Management, LLC
2732 Grand Ave., Suite 122
Everett, WA 98201-3416
(425) 244-0350

Refreshing USA, LLC
2732 Grand Ave., Suite 122
Everett, WA 98201-3416
(425) 244-0350

Summit Management Services, LLC
2732 Grand Ave., Suite 122
Everett, WA 98201-3416
(425) 244-0350

ORDER OF WITHDRAWAL
Wear – 6

**PATRICK L. VAIL, PLLC**
1000 SECOND AVENUE, SUITE 1770
SEATTLE, WASHINGTON  98104
(206) 624-5824    FAX (206) 694-4601
PVAIL@PVAILLAW.COM

(425) 232-9153

Ideal Property Investments, LLC
2732 Grand Ave., Suite 122
Everett, WA 98201-3416
(425) 244-0350

Refreshing California LLC
2732 Grand Ave., Ste. 122
Everett, WA 98201
(425) 244-0350

Refreshing Montana, LLC
2732 Grand Ave., Ste. 122
Everett, WA 98201
(425) 244-0350

Refreshing Mid-Atlantic LLC
2732 Grand Ave., Ste. 122
Everett, WA 98201
(425) 244-0350

Refreshing Carolinas, LLC
2732 Grand Ave., Ste. 122
Everett, WA 98201
(425) 244-0350

Refreshing Great Lakes, LLC
1400 Greenleaf Ave.
Elk Grove Village, IL 60007

Alternative Address:
2732 Grand Ave., Ste. 122
Everett, WA 98201

(425) 244-0350

Water Station Finance Company, LLC, aka Waterstation Finance Company, LLC
2732 Grand Ave., Suite 122
Everett, WA 98201-3416
(425) 244-0350

ORDER OF WITHDRAWAL
Wear – 7

**PATRICK L. VAIL, PLLC**
1000 SECOND AVENUE, SUITE 1770
SEATTLE, WASHINGTON 98104
(206) 624-5824   FAX (206) 694-4601
PVAIL@PVAILLAW.COM

1  Refreshing Georgia, LLC
   131 Bells Ferry Ln.
2  Marietta, GA, 30066
   (425) 244-0350
3

4  Creative Technologies Florida, LLC
   2129 Andrea Lane
5  Fort Myers, FL 33912

6  Alternative Address:
   2732 Grand Ave., Ste. 122
7  Everett, WA 98201

8
   (425) 244-0350
9
   Refreshing Florida, LLC
10 2129 Andrea Lane
   Fort Myers, FL 33912
11

12 Alternative Address:
   2732 Grand Ave., Ste. 122
13 Everett, WA 98201

14 (425) 244-0350

15
   2129 Andrea Lane LLC
16 2732 Grand Ave., Ste. 122
   Everett, WA 98201
17

18 Alternative Address:
   2129 Andrea Lane, Unit 2
19 Fort Myers, FL 33912

20 (425) 244-0350

21 3209 Van Buren LLC
   2732 Grand Ave., Ste. 122
22 Everett, WA 98201

23
   Alternative Address:
24 2180 Andrea Lane, Unit 1
   Fort Myers, FL 33912
25

ORDER OF WITHDRAWAL
Wear – 8

**PATRICK L. VAIL, PLLC**
1000 SECOND AVENUE, SUITE 1770
SEATTLE, WASHINGTON 98104
(206) 624-5824   FAX (206) 694-4601
PVAIL@PVAILLAW.COM

```
 1    (425) 244-0350
 2
 3    Ice & Water Vendors, LLC
      2732  Grand Ave., Ste. 122
 4    Everett, WA 98201
      (425) 244-0350
 5
 6    Ideal Industrial Park, LLC
      2732 Grand Ave., Suite 122
 7    Everett, WA 98201-3416
      (425) 244-0350
 8
 9    Ideal AZ Property Investments, LLC
      4237 E. Magnolia Street
10    Phoenix, AZ 85034

11    Alternative Address:

12    2732  Grand Ave., Ste. 122
      Everett, WA 98201
13
14    (425) 244-0350

15    K-2 Acquisition, LLC
      1206 Hewitt Ave.
16    Everett, WA, 98201-3919
      (425) 232-9153
17    (425) 244-0350

18    Emery Development LLC
      c/o James R. Ihnot, Registered Agent
19    13810 231st Lane NE
      Redmond, WA, 98053-5698
20    (425) 244-0350

21
      Arizona Water Vendors Incorporated
22    c/o Michael Cloutier, Registered Agent
      770 E. 39th Ave, Unit 1
23    Apache Junction, AZ 85119
      (425) 244-0350
24
25
```

ORDER OF WITHDRAWAL
Wear – 9

**PATRICK L. VAIL, PLLC**
1000 SECOND AVENUE, SUITE 1770
SEATTLE, WASHINGTON  98104
(206) 624-5824    FAX (206) 694-4601
PVAIL@PVAILLAW.COM

| | |
|---|---|
| 1 | WST AZ Properties LLC |
| 2 | c/o Harun Ozcan, Registered Agent<br>2581 W. Erie St. |
| 3 | Chandler, AZ 85224<br>(425) 244-0350 |
| 4 | |
| 5 | 1118 Virginia Street LLC<br>2732 Grand Ave., Suite 122 |
| 6 | Everett, WA 98201<br>(425) 244-0350 |
| 7 | |
| 8 | 11519 South Petropark, LLC<br>2732 Grand Ave., Suite 122 |
| 9 | Everett, WA 98201<br>(425) 244-0350 |
| 10 | |
| 11 | TCR Plumbing, LLC<br>1612 N. West St., Ste 122 |
| 12 | Flagstaff, AZ 86004<br>(425) 244-0350 |
| 13 | |
| 14 | 3422 W Clarendon Ave LLC<br>2732 Grand Ave., Suite 122 |
| 15 | Everett, WA 98201-3416<br>(425) 244-0350 |
| 16 | 1206 Hewitt Ave LLC |
| 17 | 815 Alpine Dr.<br>Everett, WA, 98203 |
| 18 | (425) 244-0350 |
| 19 | Waterstation Technology II, LLC, aka Water Station Technology II, LLC |
| 20 | 2732 Grand Ave., Suite 122<br>Everett, WA 98201 |
| 21 | (425) 244-0350 |
| 22 | Pistol, Inc.<br>P.O. Box 1045 |
| 23 | Jackson, WY 83001 |
| 24 | Alternative Address: |
| 25 | |

ORDER OF WITHDRAWAL
Wear – 10

**PATRICK L. VAIL, PLLC**
1000 SECOND AVENUE, SUITE 1770
SEATTLE, WASHINGTON 98104
(206) 624-5824   FAX (206) 694-4601
PVAIL@PVAILLAW.COM

| | |
|---|---|
| 1 | 2732 Grand Ave., Ste. 122 |
| 2 | Everett, WA 98201<br>(425) 244-0350 |
| 3 | |
| 4 | Smokey Point Holdings LLC<br>2732 Grand Ave., Suite 122 |
| 5 | Everett, WA 98201-3416<br>(425) 244-0350 |
| 6 | |
| 7 | 602 South Meadow LLC<br>P.O. Box 1045 |
| 8 | Jackson, WY 83001 |
| 9 | Alternative Address:<br>2732 Grand Ave., Ste. 122 |
| 10 | Everett, WA 98201 |
| 11 | Richard Wear |
| 12 | 518 Alpine Drive<br>Everett WA 98203 |
| 13 | (425) 232-9153 |

ORDER OF WITHDRAWAL
Wear – 11

**PATRICK L. VAIL, PLLC**
1000 SECOND AVENUE, SUITE 1770
SEATTLE, WASHINGTON  98104
(206) 624-5824    FAX (206) 694-4601
PVAIL@PVAILLAW.COM